25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 57-844                                DIVISION "B"

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION, INC.,
BP PRODUCTS NORTH AMERICA, INC. and BP AMERICA, INC.

FILED: _____    _____
                                    DEPUTY CLERK

FILED JUN -1 2010

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the State of Louisiana, by and through, Charles J. Ballay, District Attorney for the Parish of Plaquemines, State of Louisiana, on behalf of the State of Louisiana, and alleges as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808;

(b) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process, The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, Louisiana, 70802-6129; and

(c) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808.

JURISDICTION AND VENUE

2.

Within the Parish of Plaquemines, State of Louisiana, the Defendants have killed, and/or

—1—

injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title").

3.

This Court has jurisdiction over suits for violation of the Title pursuant to La.-R.S. 56:45; La-R.S. 56:47, and La-R.S. 56:48.

4.

Venue for the prosecution of this action in this district is proper under La. R.S. 56:40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1 et seq. may be brought in the parish in which the violation occurred.

5.

The district attorney of the parish in which the violation occurred, in this case, the Parish of Plaquemines, State of Louisiana, may bring a civil suit under La. R.S. 56:40.1 et seq. in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

## FACTUAL ALLEGATIONS

6.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

8.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution including disbursements not yet identified occurred at the site of the Deep Water Horizon rig operated on the Lease, in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at an as-of-yet un-quantified rate, which upon information

and belief is well in excess of 5,000 barrels per day.

9.

The oil spill remains uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including Plaquemines Parish, and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Plaquemines.

10.

The oil spill was caused by Defendants' violations of the Title, and/or a regulation adopted pursuant to this Title and/or federal and state statute a regulation governing wildlife, as well as applicable statues, regulations, and permit conditions governing the exploration and production of minerals and the containment, removal and remediation of pollutants and contaminants in the event of a discharge or release.

11.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the Parish of Plaquemines, State of Louisiana.

12.

As a result of the spill, the Defendants have unlawfully killed, and/or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title within the Parish of Plaquemines, State of Louisiana.

13.

The Defendants are jointly, severally, and in solido liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

14.

Plaintiff asserts only those causes of action specifically pled in this petition, and which have occurred within the Parish of Plaquemines, State of Louisiana, which causes of action arise solely under the provisions of La. R.S. 56:40.1 et seq. Notwithstanding any language in this

petition to the contrary, Plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and in solido, as follows:

a. In a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured as determined in accordance with La.-R.S. 56:40.2;

b. Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c. Attorney's fees and costs of litigation pursuant to La.-R.S. 56:40.3;

d. Such other and further relief available in the premises.

Respectfully Submitted:

CHARLES J. BALLAY (2719)
Plaquemines Parish District Attorney
25th Judicial District
301-A Main Street
Belle Chasse, LA 70037
T: 504.297.5146
F: 504.297.5157
*District Attorney for the Parish of Plaquemines, State of Louisiana*

COSSICH, SUMICH, PARSIOLA & TAYLOR
Philip F. Cossich, Jr. (1788)
David A. Parsiola (21005)
Christina Cossich deYoung (32407)
Darin S. Britt (31639)
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T: 504.394.9000
F: 504.394.9110
*Retained Counsel for the District Attorney for the Parish of Plaquemines*

MURRAY LAW FIRM
Stephen B. Murray (9858)
Stephen B. Murray, Jr. (23877)
Arthur M. Murray (27694)
James R. Dugan, II (24785)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
T: 504.525.8100
F: 504.584.5249
*Retained Counsel for the District Attorney for the Parish of Plaquemines*

**CITATION**

**FOR RETURN**

LOUISIANA STATE

Versus

BP EXPLORATION & PRODUCTION INC ET AL



Case: 00057844
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP PRODUCTS NORTH AMERICA INC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
THE PRENTICE-HALL CORPORATION SYSTEM INC
320 SOMERULOS STREET
BATON ROUGE, LOUISIANA 70802-6129

**DO NOT CHARGE FOR SERVICE STATE AGENCY**

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Friday, June 04, 2010.

Req. By:
KOREY A NELSON
MURRAY LAW FIRM
(504) 525-8100

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

---

**Service Information**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

*Personal Service* on the party herein named _____
*Domiciliary Service* on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
Mileage    $_____
Total      $_____

By: _____
Deputy Sheriff

JUN 08 2010

Made service on the named party through the Corporation Services by tendering a copy of this document to
☐ JEANNINE SCHUTTE  ☒ PAULA GLASER  ☐ JARY CLAFLIN

E. Cummings
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

**DO NOT CHARGE FOR SERVICE STATE AGENCY**

FILED
JUN 11 2010

[ RETURN COPY ]

**CITATION** FOR RETURN

**LOUISIANA STATE**

Versus

**BP EXPLORATION & PRODUCTION INC ET AL**



Case: 00057844
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP AMERICA INC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LOUISIANA 70808

**DO NOT CHARGE FOR SERVICE STATE AGENCY**

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Friday, June 04, 2010.

Req. By:
KOREY A NELSON
MURRAY LAW FIRM
(504) 525-8100

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

JUN 08 2010

I made service on the named party through the CT Corporation by tendering a copy of this document to ☐ SAM BASS ☐ JULIE CHISM ☐ LYNN WRIGHT ☐ RODERICK THOMAS ☐ LISA UPDOCH in the Parish of East Baton Rouge, Louisiana

**Service Information**

Received on the _____ day of _____, 20____ and on the _____ day of _____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $_____
                            By: _____
Mileage     $_____         Deputy Sheriff

Total       $_____

FILED
JUN 11 2010
_____
DY. CLK.

2010 JUN 7 AM 9 36

**DO NOT CHARGE FOR SERVICE STATE AGENCY**

[ RETURN COPY ]

**FOR RETURN**

**CITATION**



LOUISIANA STATE

Versus

BP EXPLORATION & PRODUCTION INC
ET AL

Case: 00057844
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: BP EXPLORATION & PRODUCTION INC
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LOUISIANA 70808

**DO NOT CHARGE FOR SERVICE STATE AGENCY**

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Friday, June 04, 2010.

Req. By:
KOREY A NELSON
MURRAY LAW FIRM
(504) 525-8100

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

_____
Service Information

Received on the _____ day of _____, 20___ and on the _____ day of _____ 20___ served the above named party as follows:

Personal Service on the party herein named _____.
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20___.

Service    $_____
                                By: _____
Mileage    $_____            Deputy Sheriff

Total      $_____

**FILED JUN 1 1 2010**

**DO NOT CHARGE FOR SERVICE STATE AGENCY**

[ RETURN COPY ]

TWENTY-FIFTH JUDICIAL DISTRICT COURT

PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 57-844                                                                              DIVISION "B"

STATE OF LOUISIANA

versus

BP EXPLORATION & PRODUCTION, INC., ET AL

FILED

JUN 0 4 2010

FILED:_____         _____

DEPUTY CLERK

### ORDER OF RECUSAL AND TRANSFER

**IT IS ORDERED** that the Honorable Joy Cossich Lobrano, pursuant to Code of Judicial Conduct Canon 3C and Louisiana Code of Civil Procedure article 151 A(3), hereby recuses herself in this matter because her brother, Philip F. Cossich, Jr., attorney and partner in the law firm of Cossich, Sumich, Parsiola & Taylor, L.L.C., is enrolled as attorney of record in this proceeding.

**IT IS FURTHER ORDERED** that this matter be and the same is hereby transferred to Division "A" of this Judicial District Court, to be set at an appropriate time for this matter to be handled, and this Court further orders that all parties be notified of this recusal.

Belle Chasse, Louisiana, this ___4___ day of June, 2010.

_____
JOY COSSICH LOBRANO, JUDGE

# MURRAY LAW FIRM

SUITE 1100 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY†
STEPHEN B. MURRAY, JR.
ARTHUR M. MURRAY*
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM**
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON***

†CERTIFIED AS A SPECIALIST IN
 CIVIL TRIAL ADVOCACY BY THE NATIONAL
 BOARD OF TRIAL ADVOCACY
*LICENSED IN LA & TX
**LICENSED IN FL & NY
***LICENSED IN LA & NY

TELEPHONE (504) 525-8100
1-800-467-8100
FAX (504) 584-5249
WWW.MURRAY-LAWFIRM.COM

OF COUNSEL
ROBERT J. DILIBERTO*
DAMON A. KIRIN*

WILLIAM W. GOODELL, JR., LL.M.
ENERGY AND ENVIRONMENT

June 3, 2010

<u>Via Facsimile and U.S. Mail</u>
Honorable Dorothy M. Lundin
Clerk of Court, Plaquemines Parish
P.O. Box 40
Belle Chase, Louisiana 70037

FILED
JUN 03 2010
_____
DY. CLERK

      Re: *State of Louisiana vs. BP, et al*
           Civ. A. 57-844, Div. "B"

Dear Ms. Lundin:

    On June 1, 2010 we filed a petition for damages styled *State of Louisiana v. BP, et al.*, that you assigned civil action number 57-844("B"). We ask, pursuant to this letter, that you serve the petition on the following entities:

    (a)    BP EXPLORATION & PRODUCTION INC.,
           through its registered agent for service of process
           CT Corporation System
           5615 Corporate Boulevard, Suite 400B
           Baton Rouge, Louisiana 70808

    (b)    BP PRODUCTS NORTH AMERICA, INC.
           through its registered agent for service of process
           The Prentice-Hall Corporation System, Inc.
           320 Somerulos Street
           Baton Rouge, Louisiana 70802-6129;

Letter to Honorable Dorothy M. Lundin
June 3, 2010
Page -2-

   (c) BP AMERICA, INC.
     through its registered agent for service of process
     CT Corporation System
     5615 Corporate Boulevard, Suite 400B
     Baton Rouge, Louisiana 70808

The original of this letter will follow in the time delays allowed by law.

I thank you for your prompt attention to this matter, and if you have any questions at all, please contact me at 504.525.8100 or via e-mail at knelson@murray-lawfirm.com. I remain,

              Respectfully yours,

              Korey A. Nelson

KAN/tsh

## MURRAY LAW FIRM
SUITE 1100, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY*
STEPHEN B. MURRAY, JR.
JULIE A. ARDOIN**
ARTHUR M. MURRAY
NICOLE LEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM ****
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON

- CERTIFIED AS A SPECIALIST IN
  CIVIL TRIAL ADVOCACY BY THE NATIONAL
  BOARD OF TRIAL ADVOCACY
** LICENSED IN LA & MS
*** LICENSED IN LA & TX
**** LICENSED IN FL & NY

TELEPHONE 504.525.8100
1.800.467.8100
FAX 504.584.5249
www.murray-lawfirm.com

OF COUNSEL

JOSEPH A RACE
ROBERT J. DILIBERTO***
DAMON A. KIRIN***

WILLIAM W. GOODELL, JR., L.L.M.
Energy and Environment

## FACSIMILE COVER SHEET

To:     Honorable Dorothy M. Lundin         Fax Number: (504) 297-5195

From:   Korey A. Nelson

Date:   June 3, 2010

Re:     *State of Louisiana vs. BP. et al.*
        25th Judicial District Court,
        Civil Action 57-844, Division "B"

        Request for Service

| Murray Law Firm File No.: | 10-107 | Pages(w/cover sheet): 3 |
|---|---|---|